United States District Court
Southern District of Texas
**ENTERED**
June 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARREN D. CHAKER, § § Plaintiff, § VS. § THE CMI GROUP d/b/a CREDIT MANAGEMENT LP, § § Defendant. § | CIVIL ACTION NO. 4:07-CV-01802 |

## ORDER

The plaintiff's application to file under seal (Dkt. No. 9) is **DENIED**. The plaintiff is instructed to not file any documents in this closed file. They will be **STRICKENED**.

It is so **ORDERED**.

SIGNED on this 14th day of June, 2021.

_____
Kenneth M. Hoyt
United States District Judge